Date: 2-9-15

79,861-01
Mr. James Edward McGrew
#637925, James V. Allred
2101 FM 369 N
Iowa Park, Texas 76367

Dear Clerk:

Im am write this letter on the behalf of my case Number WR-79,861-01 McGrew, James Edward, Trial Court no. C-213-009952-0461911-A  I have received a card from the yall back in 7/3/2013 application for 11:07 Writ of habeas Corpus it was presented to the Court.

So I would very much to no what going on 2rte with this Application, I have not heard anything from this court sent the day youl have receive it back in 2013.

So coun you Inquire me on what up with this is it still action or not. Thanks you for your time in this matter on this case.

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 17 2015
Abel Acosta, Clerk

Mr in Ms Abel Acosta, Clerk
Offical From Court of Criminal Appeals of Texas
P.O. Box 12308,
Capitol Station,
Austin, Texas 28211

#637925
Mr James E McGrew